QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ANN MARIE WILSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:99-cr-323 DFL |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER DISMISSING |
| v. | ) ) | PETITION AND TERMINATING SUPERVISED RELEASE |
| ANN MARIE WILSON, | ) ) | |
| Defendant. | ) ) | Judge: Hon. David F. Levi (In Chambers) |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant ANN MARIE WILSON that the Petition for Warrant or Summons authorized by this court on January 30, 2004, be dismissed. The court is advised that during the pendency of the petition Ms. Wilson came into compliance with the conditions of supervised release to the satisfaction of U.S. Probation Office John Poglinco, and of the government.

**IT IS FURTHER STIPULATED** that the term of supervised release which commenced March 15, 2000, for a period of five years, has now expired and that the term of supervised release should therefore be terminated.

Dated:  April 14, 2005                 /S/
                                       ROBIN TAYLOR
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


Dated: April 14, 2005                  /S/
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ANN MARIE WILSON

## O R D E R

Upon consideration of the above stipulation it is hereby ordered that the above referenced petition be and hereby is DISMISSED.

It is further ordered that the term of supervised release be and hereby is TERMINATED.

**IT IS SO ORDERED.**

                                By the Court


Dated: April 18, 2005                  /s/ David F. Levi
                                       Hon. David F. Levi
                                       Chief Judge
                                       United States District Court

Stipulation and Order                  2